FILED
CLERK, U.S. DISTRICT COURT

FEB 23 2023

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, </br> </br> Plaintiff, </br> </br> v. </br> </br> ANNAM EJAZ AHMED, </br> </br> Defendant. | Case No. 2:23-MJ-00868 </br> </br> ORDER OF DETENTION AFTER HEARING </br> </br> [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Southern District of California for alleged violations of the terms and conditions of his/her supervised release; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), hereby finds the following:

A. (x) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c).

B. (x) The defendant has not met his/her burden of establishing by clear and

1 | convincing evidence that he/she is not likely to pose a danger to the safety of
2 | any other person or the community if released under 18 U.S.C. § 3142(b) or
3 | (c).
4 |     These findings are based on: *nature of current allegations; lack of compliance*
5 | *with ankle monitoring; prior attempt to commit suicide..*
6 |     IT THEREFORE IS ORDERED that the defendant be detained pending the
7 | preliminary hearing and/or final revocation proceedings in the charging district.

Dated: 2/23/23

*[signature]*
HONORABLE AUTUMN D. SPAETH
United States Magistrate Judge